UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 14-59 |
| NOEL JONES | SECTION: "A" (1) |

## ORDER AND REASONS

Before the Court is Defendant Noel Jones' second **Motion to Vacate Pursuant to 28 U.S.C. § 2255** (**Rec. Doc. 533**). The United States of America ("the Government") opposes the motion **(Rec. Doc. 544).** Having considered the *pro se* motion, the opposition, the record, and the applicable law, the Court finds that Defendant's **Motion to Vacate Pursuant to 28 U.S.C. § 2255** (**Rec. Doc. 533)** is **DENIED** for the reasons set forth below.

The District Court Judge previously presiding in this matter[1] held a rearraignment on March 31, 2015, during which Jones plead guilty to Count 1 of a Superseding Indictment. Pursuant to the plea agreement and as admitted to by Jones in the factual basis, he committed a violation of 21 U.S.C. § 846, conspiracy to distribute one kilogram or more of heroin. (Rec. Doc. 168, 175). On June 24, 2015, the court sentenced Jones to 327 months with 240 months to be served consecutively and 87 months concurrently with state sentences that have been imposed. (Rec. Doc. 268). Jones brings the instant *pro se* motion to vacate the sentence alleging ineffective assistance of counsel. (Rec. Doc. 533).

Section 2255 "provides the federal prisoner with a post-conviction remedy to test the legality of his detention by filing a motion to vacate judgment and sentence in his trial court." *U.S. v. Grammas*, 376 F.3d 433, 436 (5th Cir. 2004) (quoting *Kuhn v. U.S.*, 432 F.2d 82, 83 (5th

---

[1] Effective June 27, 2018, this case was reassigned from Judge Kurt D. Engelhardt to Judge Jay C. Zainey. (Rec. Doc. 515).

Cir. 1970)). It is well established by the Fifth Circuit that Section 2255 motions are not entitled to a consideration on the merits when the conviction is pending direct appeal. *United States v. Clark,* 816 F.3d 350, 362 (5th Cir. 2016); *Jones v. United States,* 453 F.2d 351, 352 (5th Cir. 1972); *Welsh v. United States,* 404 F.2d 333, 333 (5th Cir. 1968). On June 24, 2016, Defendant Jones filed his first Motion to Vacate Pursuant to 28 U.S.C. § 2255 (Rec. Doc. 438). On September 27, 2017, Judge Engelhardt dismissed the motion without prejudice finding that an out of time appeal is the appropriate remedy as to Jones' claim for relief. (Rec. Doc. 503). On October 11, 2017, Jones filed a Notice of Appeal (Rec. Doc. 507). Considering Jones' pending appeal before the Fifth Circuit, the Court declines to address the merits of the 2255 motion and dismisses the motion without prejudice.

Accordingly;

IT IS ORDERED that the **Motion to Vacate Pursuant to 28 U.S.C. § 2255** (**Rec. Doc. 533**) filed by Defendant Noel Jones is **DENIED** without prejudice considering the appeal pending before the Fifth Circuit.

New Orleans, Louisiana this 24th day of July, 2019

JUDGE JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE